UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  JESSE PARTRIDGE JR.<br>  ALICE P. PARTRIDGE<br>                              Debtors | CASE NO: 05-37797<br>          (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083255**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 20/ 12 | CHECK N GO OF OHIO INC<br>ATTN ARG BANKRUPTCY<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | 69.65 |
| 3/ 43 | GOOD SAMARITAN HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 7.39 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/14/2011

Certificate of Service  05-37797

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| JESSE PARTRIDGE JR.<br>ALICE P. PARTRIDGE<br>721 REDWAY CIRCLE<br>DAYTON, OH 45426 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | (12.1)<br>CHECK N GO OF OHIO INC<br>ATTN ARG BANKRUPTCY<br>5155 FINANCIAL WAY<br>MASON, OH 45040 |
| (1017.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131 | (43.1)<br>GOOD SAMARITAN HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH 45439 | (50.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>C/O THE RAMSEY LAW FIRM PC<br>PO BOX 201347<br>ARLINGTON, TX 76006 |
| (1015.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX 76006 | (1018.1n)<br>LINH TRAN<br>2101 FOURTH AVE<br>SUITE 900<br>SEATTLE, WA 98121 | (51.1n)<br>LVNV FUNDING LLC<br>RESURGENT ACQUISITION LP<br>P.O. BOX 10587<br>GREENVILLE, SC 29603 |
| (53.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA 23541 | (1016.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA 23541 | |

Jeffrey M. Kellner BY  /s/ Jeffrey M. Kellner  sv