UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37797 |
|---|---|
|    JESSE PARTRIDGE JR. | (Chapter 13) |
|    ALICE P. PARTRIDGE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083507**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 18/ 17 | CINCINNATI BELL WIRELESS<br>201 EAST FOURTH STREET<br>346 325<br>CINCINNATI, OH  45202 | 44.30 |

/s/ Jeffrey M. Kellner
-----------------------------------
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/21/2011

Certificate of Service                                      05-37797

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JESSE PARTRIDGE JR.
ALICE P. PARTRIDGE
721 REDWAY CIRCLE
DAYTON, OH  45426

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(17.1)
CINCINNATI BELL WIRELESS
201 EAST FOURTH STREET
346 325
CINCINNATI, OH  45202

(1017.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(50.1n)
HSBC AUTO FINANCE DEPARTMENT
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX  76006

(1015.1n)
HSBC AUTO FINANCE DEPARTMENT
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX  76006

(1018.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(51.1n)
LVNV FUNDING LLC
RESURGENT ACQUISITION LP
P.O. BOX 10587
GREENVILLE, SC  29603

(53.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(1016.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv